

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00957-CV

Kevin **DOTY** and Elizabeth Doty Individually and Severally,
Appellants

v.

Richard **DAVIDSON**, Javline Ranch (A General Partnership), AKA Javelin Ranch AKA Javelin Ranch L.P.,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
The Honorable Everardo Garcia, Judge Presiding

# S H O W   C A U S E   O R D E R

Appellants filed a notice of appeal seeking to appeal "that portion of the Order granting Plaintiff's Motion for Summary Judgment signed on 11/19/18 that enjoins Plaintiff Richard Davidson and Defendants to execute a deed conveying their interests to Javline Ranch, a General Partnership."  The clerk's record was filed on February 28, 2019 and does not contain an order signed on November 19, 2018.

Appellate courts have jurisdiction over appeals from final judgments and appeals from certain  designated interlocutory orders. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (designating appealable interlocutory orders).

Because appellants are attempting to appeal from an order that does not dispose of all pending claims and parties in the underlying action, and no severance order appears in the record, the November 19, 2018 order appears to be interlocutory.  *See Lehmann,* 39 S.W.3d at 200; *City of Beaumont v. Guillory*, 751 S.W.2d 491, 492 (Tex. 1988).  It is therefore ORDERED that appellants show cause in writing within 15 days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.  All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court